# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| JOSEPH FRYER,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GS LABS LLC<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:21-CV-02347<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)** |

## NOTICE OF SETTLEMENT

Plaintiff Joseph Fryer, individually and on behalf of all Putative Class Members, and Defendant GS Labs LLC (collectively, "the Parties") have reached an amicable resolution of this matter. The Parties request thirty (30) days to file the appropriate documents with this Court for settlement and dismissal of the claims.

Date:   December 3, 2021                Respectfully submitted,

                                        By: /s/ *Richard M. Paul III*
                                        **Richard M. Paul III** (KS #17778)
                                        Rick@PaulLLP.com
                                        **Laura C. Fellows** (KS #26201)
                                        Laura@PaulLLP.com
                                        **PAUL LLP**
                                        601 Walnut Street, Suite 300
                                        Kansas City, Missouri 64106
                                        Telephone: (816) 984-8100

                                        **Clif Alexander** (Admitted *Pro Hac Vice*)
                                        Texas Bar No. 24064805
                                        clif@a2xlaw.com
                                        **Austin W. Anderson** (Admitted *Pro Hac Vice*)
                                        Texas Bar No. 24045189
                                        austin@a2xlaw.com
                                        **ANDERSON ALEXANDER, PLLC**
                                        819 N. Upper Broadway
                                        Corpus Christi, Texas 78401
                                        Telephone: (361) 452-1279
                                        Facsimile: (361) 452-1284

                                        ***Attorneys in Charge for Plaintiffs and Putative Class Members***

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Kansas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        /s/ *Richard M. Paul III*
                                        Richard M. Paul III