# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **JOSEPH FRYER,**<br>**Individually and on behalf**<br>**of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GS LABS LLC**<br><br>*Defendant.* | Civil Action No. 2:21-CV-02347 |

## AMENDED JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiff Joseph Fryer ("Fryer") and Opt-in Plaintiff Kevin Morales ("Morales") and Defendant GS Labs LLC ("Defendant") stipulate to dismissal of all of Plaintiff Fryer's and Plaintiff Morales' claims and causes of action in this case against Defendant with prejudice, with each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated: January 28, 2022 | Respectfully submitted, |
| By: */s/ Julianne P. Story* <br> Julianne P. Story (KS #15227) <br> **HUSCH BLACKWELL LLP** <br> julianne.story@huschblackwell.com <br> 4801 Main Street, Suite 1000 <br> Kansas City, Missouri 64112 <br> Telephone: (816) 983-8000 <br> Facsimile: (816) 983-8080 <br> <br> AND <br> <br> Josef S. Glynias (Admitted Pro Hac Vice) <br> joe.glynias@huschblackwell.com <br> Joseph L. Skinner (Admitted Pro Hac Vice) <br> joe.skinner@huschblackwell.com <br> 190 Carondelet Plaza, Suite 600 <br> St. Louis, Missouri 63105 <br> Telephone: (314) 480-1500 <br> Facsimile: (314) 480-1505 <br> <br> **Counsel for Defendant** | By: */s/ Richard M. Paul III* <br> Richard M. Paul III (KS #17778) <br> Laura C. Fellows (KS #26201) <br> **PAUL LLP** <br> 601 Walnut Street, Suite 300 <br> Kansas City, Missouri 64106 <br> Telephone: (816) 984-8100 <br> Rick@PaulLLP.com <br> Laura@PaulLLP.com <br> <br> **ANDERSON ALEXANDER, PLLC** <br> Clif Alexander (Admitted *Pro Hac Vice*) <br> Texas Bar No. 24064805 <br> clif@a2xlaw.com <br> Austin W. Anderson (Admitted *Pro Hac Vice*) <br> Texas Bar No. 24045189 <br> austin@a2xlaw.com <br> 819 North Upper Broadway <br> Corpus Christi, Texas 78401 <br> Telephone: (361) 452-1279 <br> Facsimile: (361) 452-1284 <br> <br> **Counsel for Plaintiff** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Kansas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Richard M. Paul III*
Richard M. Paul III